474 A.2d 646

In re Jennifer Lynne Arnold.

Appeal of Merrill S. Arnold.

Argued December 13, 1983. Lynne Z. Gold Bikin, for appellant; Stephen A. McBride, for Jennifer Arnold, appellee (at No. 3320) and Strock, participating party, (at No. 351).

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Orders affirmed.

SPAETH, P.J., concurred in the result.